In re  **Shereen Frances Hall**
             Debtor(s)
Case Number: **1:14-bk-12115**
             (If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**
☒ **The presumption does not arise.**
☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>    OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>       ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 2,904.79 | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　　　　　　　　　　　　　Debtor　　　　　　Spouse<br>a. Gross receipts　　　　　　　　　　　　$　　0.00　$<br>b. Ordinary and necessary business expenses　$　　0.00　$<br>c. Business income　Subtract Line b from Line a | | $ 0.00 | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>　　　　　　　　　　　　　　　　　　　　　　Debtor　　　　　　Spouse<br>a. Gross receipts　　　　　　　　　　　　$　　0.00　$<br>b. Ordinary and necessary operating expenses　$　　0.00　$<br>c. Rent and other real property income　Subtract Line b from Line a | | $ 0.00 | $ |
| 6 | **Interest, dividends, and royalties.** | | $ 0.00 | $ |
| 7 | **Pension and retirement income.** | | $ 0.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act　　Debtor $　　0.00　Spouse $ | | $ 0.00 | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>　　　　　　　　　　　　　　　　　　　　　Debtor　　　　　　Spouse<br>a.　　　　　　　　　　　　　　　　　　　　$　　　　　　　$<br>b.　　　　　　　　　　　　　　　　　　　　$　　　　　　　$<br>Total and enter on Line 10 | | $ 0.00 | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ 2,904.79 | $ |

| | | |
|---|---|---:|
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 2,904.79 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---:|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 34,857.48 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: __CA__  b. Enter debtor's household size: __1__ | $ 48,498.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---:|
| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $ _____<br>b. _____ $ _____<br>c. _____ $ _____<br>d. _____ $ _____<br>Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---:|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | |
|---|---|---:|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br>_____ | | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0　☐ 1　☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1　☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | $ |

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions** <br> **Note: Do not include any expenses that you have listed in Lines 19-32** | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance — $ <br> b. Disability Insurance — $ <br> c. Health Savings Account — $ <br><br> Total and enter on Line 34. <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $_____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |

| | | |
|---|---|---|
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

**Subpart C: Deductions for Debt Payment**

| | |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | $ |

| | |
|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines $ |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

**Subpart D: Total Deductions from Income**

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

**Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION**

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
|---|---|---|
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| Expense Description | Monthly Amount |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br>Date: September 12, 2014          Signature: *(signed)*<br>Shereen Frances Hall<br>*(Debtor)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 02/01/2014 to 07/31/2014.

Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Accounting Principals, Inc
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 02/2014 | $2,044.25 |
| 5 Months Ago: | 03/2014 | $2,652.00 |
| 4 Months Ago: | 04/2014 | $2,558.50 |
| 3 Months Ago: | 05/2014 | $3,366.00 |
| 2 Months Ago: | 06/2014 | $3,568.00 |
| Last Month: | 07/2014 | $3,240.00 |
| | Average per month: | $2,904.79 |

February 2006

2006 USBC Central District of California

# United States Bankruptcy Court
### Central District of California

In re   Shereen Frances Hall
                                    Debtor(s)

Case No.   1:14-bk-12115
Chapter    7

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, Shereen Frances Hall, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ■ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  September 12, 2014            Signature  *[signed]*
                                               Shereen Frances Hall
                                               Debtor

```
Emplid:      493398    HALL,SHEREEN                    MPS Group (Field)                                              Page No.        4
Report ID:   PAY002C                             PAYROLL REGISTER BY EMPLID                                           Run Date  08/06/2014
Dates:       01/01/2014 thru 12/31/2014                                                                                Run Time  10:41:32

Check Date    Check No.    Form ID    <----- REGULAR ----->   <--- OVERTIME --->   <-------- OTHER -------->
Dept. ID                              Hours        Earnings   Hours     Earnings   Type   Hours    Earnings    Gross Pay      Taxes    Type   Deductions  Code   Net Pay
Bus Unit     WeekEnding Dt   Hourly Rt

05/30/2014    1654735      DDPPSD                                                  IHP    19.50      331.50      663.00 USD   41.10  OASDI                        530.30 A
FL22050000                                                                         IHP    19.50      331.50                    9.62  MEDI
MPS02         05/25/2014                                                                                                      72.84  FWT
                                                                                                                               5.83  CASWT
                                                                                                                               3.31  CAVDI

06/06/2014    1665949      DDPPSD                                                  IHP    16.00      272.00      544.00 USD   33.73  OASDI                        441.46 A
FL22050000                                                                         IHP    16.00      272.00                    7.89  MEDI
MPS02         06/01/2014                                                                                                      54.99  FWT
                                                                                                                               3.21  CASWT
                                                                                                                               2.72  CAVDI

              Grand Total                0.00          0.00     0.00        0.00   IHP              765.42   13,012.14       2,234.57            0.00          10,777.57
                                                                                                             13,012.14                                              0.00
                                                                                                                                                                10,777.57 A

Source Legend:   K = Batch Final    L = On-line Final    O = On-line    N = Not added to Gross Pay
```

| **Accounting Principals, Inc.** | Pay Group: | API-Accounting Principals | Business Unit: | MPS01 |
| --- | --- | --- | --- | --- |
| 10151 Deerwood Park Boulevard, Building 200, Suite 400 | Pay Begin Date: | 06/01/2014 | Check #: | **000000000146503** |
| Jacksonville FL 32256 | Pay End Date: | 06/15/2014 | Check Date: | 06/13/2014 |
| 800/793-7657 | | | | |

| | | | **TAX DATA:** | **Federal** | **CA State** |
| --- | --- | --- | --- | --- | --- |
| **Shereen Hall** | Employee ID: | 30010842 | Marital Status: | Single | S/M-2 inc |
| 21429 Germain Street | Department: | CA18550000-API 814336-Woodland Hills | Allowances: | 0 | 0 |
| Chatsworth CA 91311 | Location: | API 814336- Woodland Hills CA | Addl. Pct: | | |
| Service date : 01/08/2014 | Job Title: | Administrative Assistant | Addl. Amt: | | |
| | Pay Frequency: | Hourly | | | |
| | Pay Rate: | $18.000000 Hourly | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular Earnings | 18.000000 | 80.00 | 1,440.00 | 80.00 | 1,440.00 |
| **TOTAL:** | | **80.00** | **1,440.00** | **80.00** | **1,440.00** |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 183.03 | 183.03 |
| Fed MED/EE | 20.88 | 20.88 |
| Fed OASDI/EE | 89.28 | 89.28 |
| CA Vol Dis/EE | 7.20 | 7.20 |
| CA Withholdng | 38.34 | 38.34 |
| **TOTAL:** | **338.73** | **338.73** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,440.00 | 1,440.00 | 338.73 | 0.00 | 1,101.27 |
| YTD | 1,440.00 | 1,440.00 | 338.73 | 0.00 | 1,101.27 |

| Hours YTD | PAID TIME OFF | | | | |
| --- | --- | --- | --- | --- | --- |
| Start Balance | 0.0 | | | | |
| + Earned | 5.8 | | | | |
| - Taken | 0.0 | | | | |
| + Adjustments | 0.0 | | | | |
| **End Balance** | **5.8** | | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Check #000000000146503 | Issue Chk | | 1,101.27 |
| **TOTAL:** | | | **1,101.27** |

**MESSAGE:**

**Accounting Principals, Inc.**
10151 Deerwood Park Boulevard, Building 200, Suite 400
Jacksonville, FL 32256
800/793-7657

| | |
|---|---|
| Pay Group: | API-Accounting Principals |
| Pay Begin Date: | 06/16/2014 |
| Pay End Date: | 06/30/2014 |

| | |
|---|---|
| Business Unit: | MPS01 |
| Advice #: | **000000001042800** |
| Advice Date: | 06/30/2014 |

**Shereen Hall**
21429 Germain Street
Chatsworth, CA 91311
Service Date: 01/08/2014

| | |
|---|---|
| Employee ID: | 30010842 |
| Department: | CA18550000-API 814336-Woodland Hills |
| Location: | API 814336- Woodland Hills CA |
| Job Title: | Administrative Assistant |
| Pay Frequency: | Hourly |
| Pay Rate: | $18.000000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | H-of-H |
| Allowances: | 2 | 1 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Ea | 18.000000 | 88.00 | 1,584.00 | 164.50 | 2,961.00 |
| Regular Ea | 18.000000 | -3.50 | -63.00 | | 0.00 |
| PTO | 18.000000 | 3.50 | 63.00 | 3.50 | 63.00 |
| **TOTAL:** | | **88.00** | **1,584.00** | **168.00** | **3,024.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 155.26 | 338.29 |
| Fed MED/EE | 22.97 | 43.85 |
| Fed OASDI/EE | 98.21 | 187.49 |
| CA Vol Dis/EE | 7.92 | 15.12 |
| CA Withholdng | 15.87 | 54.21 |
| **TOTAL:** | **300.23** | **638.96** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,584.00 | 1,584.00 | 300.23 | 0.00 | 1,283.77 |
| YTD | 3,024.00 | 3,024.00 | 638.96 | 0.00 | 2,385.04 |

| Hours YTD | PAID TIME OFF |
|---|---|
| Start Balance | 0.0 |
| + Earned | 12.3 |
| - Taken | 3.5 |
| + Adjustments | 0.0 |
| **End Balance** | **8.8** |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000001042800 | Checking | XXXXX3750 | $1,283.77 |
| **TOTAL:** | | | **$1,283.77** |

**MESSAGE:**

| **Accounting Principals, Inc.** | Pay Group: | API-Accounting Principals | Business Unit: | MPS01 |
| --- | --- | --- | --- | --- |
| 10151 Deerwood Park Boulevard, Building 200, Suite 400 | Pay Begin Date: | 07/01/2014 | Advice #: | **000000001048398** |
| Jacksonville, FL 32256 | Pay End Date: | 07/15/2014 | Advice Date: | 07/15/2014 |
| 800/793-7657 | | | | |

| | | | **TAX DATA:** | **Federal** | **CA State** |
| --- | --- | --- | --- | --- | --- |
| **Shereen Hall** | Employee ID: | 30010842 | Marital Status: | Single | H-of-H |
| 21429 Germain Street | Department: | CA18550000-API 814336-Woodland Hills | Allowances: | 2 | 1 |
| Chatsworth, CA 91311 | Location: | API 814336- Woodland Hills CA | Addl. Pct: | | |
| Service Date: 01/08/2014 | Job Title: | Administrative Assistant | Addl. Amt: | | |
| | Pay Frequency: | Hourly | | | |
| | Pay Rate: | $18.000000 Hourly | | | |

## HOURS AND EARNINGS

| | | **Current** | | **YTD** | | **TAXES** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Ea | 18.000000 | 88.00 | 1,584.00 | 244.50 | 4,401.00 | Fed Withholdng | 144.49 | 482.78 |
| Regular Ea | 18.000000 | -8.00 | -144.00 | | 0.00 | Fed MED/EE | 21.93 | 65.78 |
| Unpd Time | 18.000000 | 4.00 | 72.00 | | 0.00 | Fed OASDI/EE | 93.76 | 281.25 |
| PTO | 18.000000 | 4.00 | 72.00 | 7.50 | 135.00 | CA Vol Dis/EE | 7.56 | 22.68 |
| | | | | | | CA Withholdng | 14.30 | 68.51 |
| **TOTAL:** | | 88.00 | 1,512.00 | 252.00 | 4,536.00 | **TOTAL:** | 282.04 | 921.00 |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | | | | Life ADD | 2.38 | 2.38 |
| | | | | | | Life ADD* | 0.24 | 0.24 |
| | | | | | | Short Term Disability | 1.22 | 1.22 |
| | | | | | | Long Term Disability | 1.92 | 1.92 |
| | | | | | | EAP | 1.01 | 1.01 |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
| --- | --- | --- | --- | --- | --- |
| Current | 1,512.00 | 1,512.24 | 282.04 | 0.00 | 1,229.96 |
| YTD | 4,536.00 | 4,536.24 | 921.00 | 0.00 | 3,615.00 |

| **Hours YTD** | **PAID TIME OFF** | | **NET PAY DISTRIBUTION** | | |
| --- | --- | --- | --- | --- | --- |
| Start Balance | 0.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 18.4 | Advice #000000001048398 | Checking | XXXXX3750 | $1,229.96 |
| - Taken | 7.5 | | | | |
| + Adjustments | 0.0 | | | | |
| **End Balance** | 10.9 | **TOTAL:** | | | **$1,229.96** |

**MESSAGE:**

| **Accounting Principals, Inc.**<br>10151 Deerwood Park Boulevard, Building 200, Suite 400<br>Jacksonville, FL 32256<br>800/793-7657 | Pay Group: API-Accounting Principals<br>Pay Begin Date: 07/16/2014<br>Pay End Date: 07/31/2014 | Business Unit: MPS01<br>Advice #: **000000001054921**<br>Advice Date: 07/31/2014 | |
|---|---|---|---|
| | | **TAX DATA:** **Federal** | **CA State** |
| **Shereen Hall**<br>21429 Germain Street<br>Chatsworth, CA 91311<br>Service Date: 01/08/2014 | Employee ID: 30010842<br>Department: CA18550000-API 814336-Woodland Hills<br>Location: API 814336- Woodland Hills CA<br>Job Title: Administrative Assistant<br>Pay Frequency: Hourly<br>Pay Rate: $18.000000 Hourly | Marital Status: Single<br>Allowances: 2<br>Addl. Pct:<br>Addl. Amt: | H-of-H<br>2 |

### HOURS AND EARNINGS

| | | ------- Current --------- | | ------ YTD --------- | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Earnings | 18.000000 | 96.00 | 1,728.00 | 340.50 | 6,129.00 | Fed Withholdng | 161.34 | 644.12 |
| PTO | | | 0.00 | 7.50 | 135.00 | Fed MED/EE | 25.05 | 90.83 |
| | | | | | | Fed OASDI/EE | 107.15 | 388.40 |
| | | | | | | CA Vol Dis/EE | 8.64 | 31.32 |
| | | | | | | CA Withholdng | 11.91 | 80.42 |
| **TOTAL:** | | 96.00 | 1,728.00 | 348.00 | 6,264.00 | **TOTAL:** | 314.09 | 1,235.09 |

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Wells Fargo 401(k) Plan | 103.68 | 103.68 | | | | Life ADD | 2.38 | 4.76 |
| | | | | | | Life ADD* | 0.24 | 0.48 |
| | | | | | | Short Term Disability | 1.22 | 2.44 |
| | | | | | | Long Term Disability | 1.92 | 3.84 |
| | | | | | | Wells Fargo 401(k) Plan | 51.84 | 51.84 |
| | | | | | | EAP | 1.01 | 2.02 |
| **TOTAL:** | 103.68 | 103.68 | **TOTAL:** | 0.00 | 0.00 | ***TAXABLE** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,728.00 | 1,624.56 | 314.09 | 103.68 | 1,310.23 |
| YTD | 6,264.00 | 6,160.80 | 1,235.09 | 103.68 | 4,925.23 |

| **Hours YTD** | **PAID TIME OFF** | | **NET PAY DISTRIBUTION** | | |
|---|---|---|---|---|---|
| Start Balance | 0.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 25.4 | Advice #000000001054921 | Checking | XXXXX3750 | $1,310.23 |
| - Taken | 7.5 | | | | |
| + Adjustments | 0.0 | | | | |
| **End Balance** | 17.9 | **TOTAL:** | | | **$1,310.23** |

**MESSAGE:**

| In re: Shereen Frances Hall | Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 1:14-bk-12115 |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): Form 22A: Chapter 7 Statement of Current Monthly Income and Means Test and Debtor's Certification of Employment Income will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/12/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(x) David K Gottlieb (dkgtrustee@dkgallc.com)
(x) US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 09/12/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2014 | Brett Bodie 264452 | /s/ Brett Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      **9013-3.1.PROOF.SERVICE**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>264452<br>☐ Attorney for Debtor(s): | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Shereen Frances Hall<br>Debtor(s). | CASE NO.: 1:14-bk-12115<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists — Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☒ Other: Form 22A and Debtor Employment Certification — Date Filed: **September 12, 2014**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____ Date 9/12/2014
*Signature of Signing Party*
Shereen Frances Hall
*Printed Name of Signing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by my name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____ **September 12, 2014**
*Signature of Attorney for Signing Party* Date
Brett Bodie 264452
*Printed Name of Attorney for Signing Party*

November 2006 — This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.